# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 103 EAL 2017

             Respondent                :

                                      :    Petition for Allowance of Appeal from

                                      :    the Order of the Superior Court

             v.                        :

                                      :

ANTHONY S. WILLIAMS,              :

                                     :

               Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.